1 | BENJAMIN B. WAGNER
United States Attorney
2 | MATTHEW D. SEGAL
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2708

**FILED**

JUN 10 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEARCH OF<br>11966 OLD EUREKA WAY<br>GOLD RIVER, CALIFORNIA | NO. 09-SW-130 DAD<br><br>[~~PROPOSED~~] ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that all filings in the above-captioned matter be and are hereby unsealed.

Date: June 10, 2011

_____
HON. KENDAL J. NEWMAN
United States Magistrate Judge